PROB 22  
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*  
3:17-cr-00070-003

**DOCKET NUMBER** *(Rec. Court)*  
2:25-cr-00114-GMN-DJA

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Douglas Trong Tran | Southern Iowa | Davenport |

**NAME OF SENTENCING JUDGE**  
Sentencing Judge: John A. Jarvey, Retired Chief U.S. District Judge  
Assigned to: Stephen H. Locher, U.S. District Judge

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
|  | 01/24/2025 | 01/23/2033 |

**OFFENSE**  
21 U.S.C. §§ 84(a)(1), 841(b)(1)(B), 846, 851- Conspiracy to Manufacture and Distribute at Least 100 Kilograms of a Mixture and Substance Containing Marijuana and at Least 100 Marijuana Plants

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Tran has remained compliant, resides with family, has obtained full-time employment in the District of Nevada with no plans to return the Southern District of Iowa.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Nevada** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 26, 2025  
*Date*

*[signature]*  
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 30, 2025  
*Effective Date*

*[signature]*  
*United States District Judge*

1